Lenox Hill Med. Anesthesiology, PLLC v Witriol (2022 NY Slip Op
50513(U))

[*1]

Lenox Hill Med. Anesthesiology, PLLC v Witriol

2022 NY Slip Op 50513(U) [75 Misc 3d 134(A)]

Decided on June 22, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 22, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler J.P., Tisch, Michael, JJ.

570136/22

Lenox Hill Med. Anesthesiology, 
 PLLC, Plaintiff-Respondent, 
against
Moses Witriol, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York
County (Leslie A. Stroth, J.), entered on April 26, 2021, which denied his motion to vacate a
default judgment.

Per Curiam.
Order (Leslie A. Stroth, J.), entered April 26, 2021, affirmed, with $10 costs.
Civil Court providently exercised its discretion in denying defendant's motion to vacate the
default judgment. Defendant failed to demonstrate a reasonable excuse for his failure to appear at
two scheduled court conferences (see Uniform Rules for Trial Cts [22 NYCRR] §
208.14; New York Dangerous LLC v Librot, 200 AD3d 467 [2021]). Defendant also
failed to set forth a meritorious defense to this action to recover for professional services
rendered. Defendant did not deny the rendition of services by plaintiff, challenge the amount due
or allege that payment was made. His vague and unsubstantiated assertions concerning plaintiff's
errors or omissions in their submissions to his health insurer were insufficient.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: June 22, 2022